IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bryan, Felicia D

Printed: 10/29/08

Case Number: 08 B 06725
Judge: Wedoff, Eugene R
Filed: 3/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 18, 2008
Confirmed: May 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 475.00 |  |
| Secured: |  | 300.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 144.13 |
| Trustee Fee: |  | 30.87 |
| Other Funds: |  | 0.00 |
| Totals: | 475.00 | 475.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 144.13 |
| 2. | Capital One Auto Finance | Secured | 18,817.54 | 300.00 |
| 3. | Asset Acceptance | Unsecured | 23.40 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 99.09 | 0.00 |
| 5. | Capital One Auto Finance | Unsecured | 191.79 | 0.00 |
| 6. | Medical Collections | Unsecured |  | No Claim Filed |
| 7. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 8. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 9. | Jc Penney - GEMB | Unsecured |  | No Claim Filed |
| 10. | MRSI | Unsecured |  | No Claim Filed |
| 11. | MRSI | Unsecured |  | No Claim Filed |
| 12. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 13. | Union Auto Sales | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,605.82 | $ 444.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 30.87 |
|  | $ 30.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Bryan, Felicia D | Case Number:  08 B 06725 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  3/21/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

